374 A.2d 711

Commonwealth v. Smoke, Appellant.

Submitted April 20, 1976. Joseph J. Pass, Jr., and Jubelirer, McKay, Pass & Intrieri, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.